UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


DAVID O'NEIL

   V.

PUTNAM RETAIL MANAGEMENT


                            CIVIL ACTION

                            NO. 05-10469-WGY


ORDER OF RECUSAL


YOUNG, C.J.

     The presiding judge recuses himself from participation in this case upon the ground that the law firm of which he was once a partner and upon which he relies for personal legal advice represents a party in this action.


             WILLIAM G. YOUNG
             UNITED STATES DISTRICT JUDGE

             By the Court,


             /s/Elizabeth Smith
             _____
                Deputy Clerk