# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

CA 05-10469

RE:   Civil / Criminal  No. _____

Title:   DAVID O'NEIL V  PUTNAM _____

## **N O T I C E**

Please take notice that the above-entitled case previously assigned to

Judge   YOUNG   has been transferred to Judge   SARIS

_for all further proceedings.  From this date forward the case number on all pleadings

should be followed by the initials   PBS   .

Thank you for your cooperation in this matter.

           SARAH A. THORNTON
           CLERK OF COURT


By:   /s/ Elizabeth Smith
           Deputy Clerk

Date:   5/13/05


_____   Please NOTE that the above case has been transferred to the Western Division in Springfield.  All future filings should be made at the Clerk's Office, Federal Building & Courthouse, 1550 Main Street, Springfield, MA 01103.

_____   Please NOTE that the above case has been transferred to the Central Division in Worcester.  All future filings should be made at the Clerk's Office, U.S. District Court, Room 502, 595 Main Street, Worcester, MA 01608-2076.

Copies to:   Counsel


(Notice of Transfer.wpd - 3/7/2005)