UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

David M.. O'Neil
    Plaintiff,        CIVIL ACTION
                NO.  05-10469-PBS
  v.

Putnam Retail Management Limited Partnership
    Defendant.

**NOTICE OF MOTION HEARING**

SARIS, U.S.D.J.                     May 16, 2005

  TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re: Motion to Dismiss on **June 16, 2005**, at **3:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts**.**

                     By the Court,

                      /s/ Robert C. Alba
                     Deputy Clerk

Copies to:  All Counsel