UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| David M. O'Neil,<br><br>                     Plaintiff,<br><br>v.<br><br>Putnam Retail Management Limited Partnership,<br><br>                     Defendant. | CIVIL ACTION<br>NO. 05-10469 PBS |

**CORPORATE DISCLOSURE STATEMENT OF**
**DEFENDANT PUTNAM RETAIL MANAGEMENT LIMITED PARTNERSHIP**

Pursuant to Fed. R. Civ. P. 7.1(a) and Local Rule 7.3, Putnam Retail Management Limited Partnership hereby submits the following corporate disclosure statement:

Putnam Retail Management Limited Partnership, a Massachusetts limited partnership, is an indirect subsidiary of Putnam Investments Trust. Putnam Investments Trust is a direct majority-owned subsidiary of Marsh & McLennan Companies, Inc., a publicly-owned holding company traded on the New York Stock Exchange. Marsh & McLennan Companies, Inc. has no corporate parent, and no publicly-held company owns 10% or more of its stock. Putnam Retail Management Limited Partnership is the distributor of the Putnam Family of Funds, shares of which are sold to and held by the public.

- 2 -

Putnam Retail Management Limited Partnership,

By its attorneys,

*/s/ Louis A. Rodriques*

Louis A. Rodriques, BBO #424720
Cynthia M. Guizzetti, BBO #653858
**BINGHAM MCCUTCHEN LLP**
150 Federal Street
Boston, MA 02110-1726
(617) 951-8000

Dated: June 13, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on June 13, 2005.

*/s/ Cynthia M. Guizzetti*
Cynthia M. Guizzetti

- 2 -

LITDOCS/603808.1