UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

David O'Neil
        Plaintiff,                     CIVIL ACTION
                                             NO.   05-10469-PBS
    v.

Putnam Retail Management Limited Partnership
        Defendant.

**NOTICE OF STATUS / SCHEDULING CONFERENCE**

SARIS, U.S.D.J.                                                                             January 18, 2006

      TAKE NOTICE that the above-entitled case has been set for a Status / Scheduling Conference on **February 2, 2006**, at **3:30 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts

                                                                           By the Court,

                                                                           _/s/ Robert C. Alba__
                                                                           Deputy Clerk

Copies to:  All Counsel