UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID M. O'NEIL,<br><br>  Plaintiff,<br>v.<br><br>PUTNAM RETAIL MANAGEMENT<br>LIMITED PARTNERHSIP<br>D/B/A PUTNAM INVESTMENTS,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05-10469-PBS<br>)<br>)<br>)<br>)<br>)<br>) |

## ASSENTED-TO MOTION TO CONTINUE INITIAL SCHEDULING CONFERENCE

Plaintiff, David M. O'Neil, by his attorneys and with the assent of counsel for the defendant, moves this Court to briefly continue the Initial Scheduling Conference in the above-captioned matter from February 2, 2006 to **February 16, 2006**. As grounds for this continuance, Mr. O'Neil states that, with the assistance of current counsel, he is seeking new counsel to represent him in this case but has been unable to confirm successor counsel as of yet. In recent weeks, Mr. O'Neill has been attending to the health problems of his elderly father in Rhode Island, including his emergency surgery on January 24, 2006. The brief extension will allow the matter of successor counsel to be resolved in advance of the new date for the Initial Scheduling Conference.

                                        Respectfully submitted,
                                        DAVID M. O'NEIL
                                        By his attorneys,


                                        /s/ Jessica P. Driscoll
                                        Jessica P. Driscoll  (BBO # 655394)
                                        Jody Newman (BBO # 542264)
                                        Shannon Frison  (BBO # 630876)

DWYER & COLLORA, LLP
600 Atlantic Avenue
Boston, MA 02210
(617) 371-1000

Dated: January 27, 2006

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent t those indicated as non-registered participants on January 27, 2006.

/s/ Jessica P. Driscoll
Jessica P. Driscoll