UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID M. O'NEIL,<br><br>    Plaintiff,<br>v.<br><br>PUTNAM RETAIL MANAGEMENT<br>LIMITED PARTNERSHIP<br>D/B/A PUTNAM INVESTMENTS,<br><br>    Defendant. | Civil Action No. 05-10469-PBS |

**STIPULATION OF DISMISSAL**

Plaintiff, David M. O'Neil, and Defendant, Putnam Retail Management Limited Partnership, hereby stipulate to the dismissal of the above-captioned matter with prejudice in accordance with Federal Rules of Civil Procedure 41(a)(1)(ii).

    Respectfully submitted,
    DAVID M. O'NEIL
    By his attorneys,


    /s/ Jessica P. Driscoll
    Jessica P. Driscoll  (BBO # 655394)
    Jody Newman (BBO # 542264)
    Shannon Frison  (BBO # 630876)
    DWYER & COLLORA, LLP
    600 Atlantic Avenue
    Boston, MA  02210
    (617) 371-1000

                                        PUTNAM RETAIL MANAGEMENT
                                        LIMITED PARTNERSHIP
                                        By its attorneys,

                                        /s/ Louis A. Rodriques
                                        Louis A. Rodriques (BBO #424720)
                                        Cynthia M. Guizzetti (BBO #653858)
                                        BINGHAM MCCUTCHEN LLP
                                        150 Federal Street
                                        Boston, MA 02110-1726
                                        (617) 951-8000

Dated: February 10, 2006

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 3, 2006.

                                        /s/ Jessica P. Driscoll
                                        Jessica P. Driscoll (BBO #655394)